983 So.2d 1283 (2008)
Michele D. MARINO, Individually and on Behalf of Her Minor Children, Molly Marino and Michael Marino
v.
BOH BROS. CONSTRUCTION CO., L.L.C. and ABC Insurance Company.
No. 2008-C-0934.
Supreme Court of Louisiana.
June 20, 2008.
In re Marino, Michele D. et al;Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. H, No. 2005-5589; to the Court of Appeal, Fourth Circuit, No. 2007-CA-1090.
Denied.
JOHNSON, J., would grant.